# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-802-PJW | Date | June 15, 2015 |
|---|---|---|---|
| Title | Kari Ferris v. Rockin Artwork, LLC, et al. | | |

| Present: The Honorable | **PATRICK J. WALSH, UNITED STATES MAGISTRATE JUDGE** | |
|---|---|---|
| Isabel Martinez | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**       **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court, on its own motion, hereby orders plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution as to all defendants. Plaintiff must file a response to this order or file the proof of service of summons and complaint pursuant to Rule 4 on or before June 29, 2015.

cc:    Parties

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | im |